# 644 DECISIONS IN CASES NOT REPORTED.

## SECOND DEPARTMENT, SEPTEMBER TERM, 1886.

William A. Jackson v. Albert Daggett, Sheriff, etc. —Judgment reversed, and new trial granted, costs to abide event. Opinion by Barnard, P. J.; Cullen, J., dissenting.

The People of the State of New York v. Richard Warren. —Judgment affirmed. Opinion by Barnard, P. J.; Dykman, J. not sitting.

## FOURTH DEPARTMENT, SEPTEMBER TERM, 1886.

Ellis H. Roberts & Co., Respondents, v. John Backley and others, Appellants.—Order affirmed, with ten dollars costs and disbursements, payable out of the fund.

William A. Tyler, Respondent, v. Timothy Guy, Appellant. — Motion for reargument denied. Order affirmed, with costs.

Charles Van Velzer, Respondent, v. Oneida Community (Limited) Appellant.— So much of the order as grants costs reversed, and the other part of the order affirmed, without costs to either party.

Hugh Williams, Appellant, v. William H. Peters, Respondent.— Order affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Carrie Goodrich, Respondent, v. Irving C. Terry, Superintendent of Onondaga Penitentiary, Appellant.— Order reversed.

John P. Vidvard, Respondent, v. Amos K. Hedden and others, Appellants.— Motion for leave to appeal to the Court of Appeals denied.

Osee Everett, by Guardian, Respondent, v. John Hickey, Appellant.— Order affirmed, with ten dollars costs and disbursements.

John E. Knapp, Respondent, v. E. Frank Smith, Appellant. — Motion for reargument granted.

Xaver Shocker v. Daniel Murphy. — Order affirmed, with ten dollars costs and disbursements.

Allen Bloomfield, Executor, etc., Respondent, v. George Clarke, Appellant. — Motion to dismiss appeal denied, without costs to either party; also, order affirmed, with ten·dollars costs and disbursements.

David Wilber, Respondent, v. Cooperstown and Susquehanna Valley Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements.— Judgment affirmed, with costs.

The People of the State of New York v. Albert Harris. — Motion to dismiss appeal granted.

Joseph Meyer, Respondent, v. Julia A. Flaesch; Appellant. — Judgment and order affirmed, with costs.

Town of Kirkwood, Appellant, v. David Newbury and others, Respondents. — Judgment and order affirmed, with costs.

Nancy H. Williams, Respondent, v. George W. G. Kinney and others, Appellants. — Case ordered over the term, with leave to the appellant to apply to the Special Term upon payment of an argument fee, the disbursements of this term, within ten days; if such payment be not made within ten days, the judgment affirmed, with costs.

Singer Manufacturing Company, Appellant, v. Gilbert D. Drummond, Respondent. — Motion for leave to go to the Court of Appeals denied.

Achsah Gunn v. Edgar Kenyon and eight other cases. — Motion for reargument denied.

Michael McCarthy v. James O'Hara. — Leave granted to appeal to the Court of Appeals, on the ground that the case involves a question of law which ought to be determined by that court.

Catherine J. Deland and others v. Henry Brooke. — Motion for reargument denied; also, motion for leave to appeal to the Court of Appeals denied.

## THIRD DEPARTMENT, SEPTEMBER TERM, 1886.

Walter S. Church, Respondent, v. George J. Brownell, Appellant — Judgment affirmed, with costs. Opinion by Parker, J.

Thomas Burridge v. Maxwell Abernethy. — Judgment affirmed, with costs. Opinion by Parker, J.

Charles W. Wales, Respondent, v. Richard Stout and George H. Stout, Appellants, Impleaded with Reuben H. Wales and others. — Judgment reversed, new trial granted, referee discharged and costs to abide event. Opinion by Landon, J.; Parker, J., not acting.

Gilbert Car Manufacturing Company, Respondent, v. William D. Mann, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Patrick Mahar, Respondent, v. David H. Simmons, Appellant. — Judgment reversed, new trial granted, costs to abide event. Mem. by Landon, J., and by Parker, J., dissenting.

William T. Kellam, Appellant, v. Horace W. McKoon, Respondent. — Judgment reversed, new trial granted, costs to abide event. Opinion by Parker, J.

Albert V. D. Collier, Appellant, v. Horace T. Bedell, Respondent. — Motion denied, with ten dollars costs and printing disbursements.

Charles S. Smith v. Abel R. Vibbard. —Judgment affirmed, with costs. Opinion by Bockes, J.

The Metropolitan Life Insurance Company of New York, Respondents, v. John C. Sturges and Myron N. Babcock. Appellants. — Judgment affirmed, with costs. Opinion by Parker, J.; Bockes, J., dissenting.

Edward J. Brown, Respondent, v. John Campbell, Appellant. —Judgment and order affirmed, with costs. Opinions by Bockes, Landon and Peckham, JJ.

Julia Gaffigan, Appellant, v. The City of Troy, Respondent. — Motion denied on payment of costs and filing undertaking.

Lewis Brownell and others, Appellants, v. The National Bank of Gloversville, James H. Burr and others, Respondents. — Order resettled as by memorandum on papers; no costs to either party on motion. Landon, J., not acting.

Nelson D. Morehouse, Respondent, v. Joel B. Morehouse. Appellant.—Decision to be entered nunc pro tunc, on account of death of party.

Thomas Cusick, Jr., Respondent, v. William K. Adams, Appellant.—Judgment affirmed, with costs.

James McNaughton, v. Ralph R. Osgood.—Motion to resettle order granted. Learned, P. J., not acting.